Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBR

2025 AUG 25  PM 12: 15

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

### for the

\_\_\_\_\_ District of \_\_\_\_\_

\_\_\_\_\_ Division

Migano Abdi Jahira hassan

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jessica Jenning's CPS Agent

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 8:25CV515

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Migano Abdi |
| Street Address | 1011 sw Huntoon St |
| City and County | Topeka, Ks  Shawnee County |
| State and Zip Code | Kansas  66604 |
| Telephone Number | 620-405-0296 |
| E-mail Address | |

####    B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

Name                        Jessica Jennings

Job or Title *(if known)*    Child and family Service Specialist

Street Address              9218 Bedford Ave

City and County             Omaha NE  68134

State and Zip Code          Douglas County, NE

Telephone Number            402-278-9308

E-mail Address *(if known)*


Defendant No. 2

Name                        Neberaska Medical Center

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 3

Name                        Nebraska Dept. of Health and

Job or Title *(if known)*    Human Services CPS division

Street Address              9218 Bedford Ave

City and County             Omaha, Douglas county 68134

State and Zip Code          NE

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Deliberate indifference
Negligence,
State - ignored harm

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Migano Abdi , is a citizen of the State of *(name)* Kansas .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Jessica Jennings , is a citizen of the State of *(name)* Nebraska . Or is a citizen of *(foreign nation)* _____

Statement of Claim

Plaintiffs **Dahira Hassan** and **Migano Abdi** parent of kadija haji bring this claim against **Nebraska CPS Agency**, Agent **Jessica Jennings**, **Nebraska DHS**, and **Nebraska Medical Center** for harm to their child while in state care. The child, previously in mental health treatment, was **physically harmed, drugged, and sexually abused in Nebraska state care** , and CPS/DHS **ignored multiple missing case reports**. Despite being in state custody, the child has spent significant time **on the streets, facing harm with even CPS agents unaware of her location**. The hospital **barricaded parents and family from seeing child in patient room** These actions **violated parental rights**. Plaintiffs seek **restoration of parental rights, justice for the child, accountability for all responsible parties, and investigation of state custody practices**.

Relief

Plaintiffs **Dahira Hassan** and **Migano Abdi**, parents of minority background, respectfully request that the Court restore their **parental rights** and hold **Nebraska CPS Agency, Jessica Jennings, Nebraska DHS, and Nebraska Medical Center** accountable. The juvenile courts and state agencies **ignored multiple reports of physical and sexual abuse**, and the child, previously in mental health treatment, was **cut off from medication, family, siblings, and cultural practices**, with **the family's cultural beliefs disregarded entirely**. While in state custody, critical **medical records, police reports, and incident reports were ignored or withheld**, even though the agencies **knew the child was at risk**. Plaintiffs seek **compensatory and punitive damages**, the **release of all records**, and an **independent investigation of state custody practices** to prevent future harm, as well as any other relief the Court deems **just and proper**.

## Claim for Damages / Amount in Controversy

We, the parents Migano Abdi and Dahira Hassan, seek compensatory and punitive damages for abuse of power by the CPS agent, family court, and hospital staff. Our child was placed in state custody, during which we were informed of new foster placements but were never notified of critical incidents or the child's periods of being missing. As of now, she is listed in the missing child registry and remains prone to further harm. We do not know where she is and remain completely in the dark due to a lack of transparency. The only communication regarding the harm our child faced came directly from her messages, in which she disclosed being violated, drugged, and taken advantage of in environments unhealthy for her development, while we were explicitly instructed not to intervene or speak with her. How can parents ignore their child's direct plea for help in such circumstances? Such a plea cannot be ignored any longer.

We brought the matter to family court multiple times, but our concerns were consistently ignored. We experienced humiliation in court and public embarrassment in hospital settings, where staff barricaded doors and forced us to leave the premises. Over the months and years, this concealment, abuse of power, and lack of transparency caused profound emotional trauma to both our child and ourselves.

As minority parents, we were unjustly treated and discriminated against, further intensifying our psychological harm. Our rights as parents and as civilians, including the fundamental human right to protect and care for our child, were repeatedly violated. We assert that, had this been a white child, the situation would have been handled with immediate attention and care, highlighting the racial disparities in treatment.

We bring this claim not only to seek redress but also to ensure that such extreme mistreatment of a child and discriminatory targeting of minority parents is not ignored or tolerated, and to prevent future harm by this agent. The harm suffered cannot be fully quantified in monetary terms; however, we seek damages in excess of $75,000, or such amount as the court deems just and proper.

Most importantly, we want our child back with her family.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Nebraska Medical Center , is incorporated under

the laws of the State of *(name)* Nebraska , and has its

principal place of business in the State of *(name)* Nebraska .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: x  8-20-25

Signature of Plaintiff      x MIGANOABDI x

Printed Name of Plaintiff   Migano Abdi

### B.    For Attorneys

Date of signing:    0

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        8-20-25

Signature of Plaintiff  X  Dahira hassan

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



**Name:** KADIJA HAJI
**Missing Date:** 06-28-2025
**Age Missing:** 15
**Current Age:** 15
**Agency Name:** Omaha PD

**Name:** KADIJA HAJI
**Age When Missing:** 15
**Current Age:** 15
**Race:** Black
**Sex:** F
**Eyes:** Brown
**Hair:** Black
**Height:** 5'01
**Weight:** 120
**Missing Date:** 06-28-2025

Multiple Missing Reports
While in State Care

Multiple time's our Child has
been harmed in State custody

Multiple Police Reports
CPS and family Court has
ignored all Concern's and Complaints

**Remarks:**

**Description:** KADIJA is a 15 year old Black female. At the time of her disappearance, she was 5'01" tall and weighed 120 lbs. She has Black hair and Brown eyes.

**Last Seen:** n/a

**Agency Name:** Omaha PD | **Agency Phone:** 4024445818
Or The Nebraska Missing Persons Clearinghouse at 1-877-441-LOST(5678)

# Changes to Your Medication List

**ⓘ Accurate as of May 20, 2022  2:58 PM.**
If you have any questions, ask your nurse or doctor.

## CHANGE how you take these medications



**CHANGE**

**FLUoxetine** 20 MG capsule
Commonly known as: PROzac
Changed by: Yetunde Ogunleye, MD

Take 1 capsule (20 mg total) by mouth once daily.
What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.**

**CHANGE**

**FLUoxetine** 10 MG capsule
Commonly known as: PROzac
Changed by: Yetunde Ogunleye, MD

Take 1 capsule (10 mg total) by mouth once daily.
What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.**

## CONTINUE taking these medications

**melatonin** 1 mg Tab tablet

Take 3 tablets (3 mg total) by mouth daily every night.

## Allergies
No Known Allergies

## Safety Plan
These are my warning signs that a crisis may be developing:
Thoughts: Hurt myself, hurt someone, or kill myself
Feelings: I'm done trying
Behaviors: Not talking that much
Symptoms: Very fast heart beat

I can sometimes anticipate when I need to take extra care of myself.  These are the people, places and situations that are stressors for me:
1.: School
2.: Alot of people talking at the same time
3.: People looking at me

My most effective coping strategies:
These are things I can do on my own to take my mind off my problems: Listen to Music, Play with a pet

Safe Soother:        sensory soother: outside        visual soother: my phone        scent soother: purfume
                     touch soother: my sisters cat   hearing soother: music          taste soother: spicy chips

# AFTER VISIT SUMMARY

 **CHI Health**

**Kadija Haji** MRN: 800854235 DoB: 5/30/2010    📅 5/20/2022 2:30 PM  📍 ACH IMC PSYCH 402-572-2916

## Instructions from Yetunde Ogunleye, MD

 **Today's medication changes**

◆ CHANGE how you take:
**FLUoxetine (PROzac)**

Accurate as of May 20, 2022 2:58 PM.
**Review your updated medication list below.**

 **Pick up these medications at WALGREENS DRUG STORE #07693 - OMAHA, NE - 225 N SADDLE CREEK RD AT SEC OF SADDLE CREEK RD & DAVENPORT**

FLUoxetine (2 prescriptions)

Address: 225 N SADDLE CREEK RD, OMAHA NE 68131-2228
Phone:   402-551-1797

 **Return in about 4 weeks**
(around 6/17/2022).

## Today's Visit

You saw Yetunde Ogunleye, MD on Friday May 20, 2022. The following issues were addressed: Major depressive disorder and Major depressive disorder.

 Blood Pressure
**105/70**

 BMI
**18.60** (58th percentile)

 Weight
**96 lb** (59th percentile)

 Height
**5' 0.24"** (61st percentile)

Percentiles calculated using: CDC (Girls, 2-20 Years)

## What's Next

| | | |
|---|---|---|
| JUN **17** 2022 | **Bridge Therapy with Yetunde Ogunleye, MD** Friday June 17 11:30 AM | ACH IMC PSYCH 7101 NEWPORT AVE OMAHA NE 68152-2164 402-572-2916 |



Department of Health & Human Services

# DHHS
N E B R A S K A

**Division of Children and Family Services**

State of Nebraska
Pete Ricketts, Governor

08-25-2022

Khadija Haji is only child Removed
Nearly a year before Removal We been
Intimidated and harassed
threads of Removal
Pressure tactics

MIGANO H ABDI
5621 S 29 AVE
OMAHA NE 68107

Allegation: Physical Abuse
Incident Date: 01-21-2022
Allegation Finding: "Unfounded."

Dear MIGANO H ABDI:

The Department of Health and Human Services is required by state law to maintain a record of reports of child abuse and neglect. This record is called the Central Registry. You were named in report number 929908 alleging Physical Abuse of MUSA M HAJI.

The Department of Health and Human Services has completed its investigation regarding this allegation and your role in that incident(s). Based on the information obtained during this investigation, it has been determined that the allegation will be listed as **"Unfounded."** Therefore, your name will not be entered on the Central Registry for this allegation. There may be an entry or entries for other allegations.

This unfounded finding is a Department finding only and does not mean any criminal charges have been dismissed nor does it mean any court proceedings have been cancelled.

The Nebraska Family Helpline is a resource that is available to you if you experience any concerns regarding your childs behaviors, or mental health concerns. You may contact the Nebraska Family Helpline at 1-888-866-8660 at any time.

Sincerely,

CHELAE WILLIAMS
(402)595-1325

October 13, 2023
3:00 p.m.

# Does Nebraska Medicine and staff do

# they have the right to stop the parents

# from seeing the child and place them

# in the hands of the CPS of Nebraska If

# the child is going through treatment do

# they have the right to remove them

# from the hospital care and into foster

The hospital wrote an affidavit with their concerns about Kadija's disclosures regarding abuse. The hospital did not put her in foster care. The Court made a

# care? before removal parents had

determination based on the affidavit to place her in temporary foster care.

# taken her to therapy and she was

This is our argument— that the parents were appropriately seeking mental health/therapy services and medication for Kadija. And taking her to the hospital when needed. And wanting a higher level of care (i.e. Boystown)

receiving medication but that care has

been severed The two parents have not

harmed any of their children. Do they *This case is not about any of the other children.*

have the right to place them into foster

care under what evidence There are

multiple times our daughter has run

away from foster care and was in

harm's way. Her future and her

potential are being played with As we

have seen her through the television

screen her health has declined from

the way we remember we are

concerned about her livelihood and

living conditions. What are the current

medications, and what are their effects — I can ask the caseworker

I will fight for my parental custody the

most fundamental part of our humanity

An agency cannot substitute a parent's

love and care I will fight for my

fundamental parental rights and those

whom responsible for

As a court designated to protect children, it is disturbing that such a serious matter is not being given the attention it deserves. These concerns cannot be ignored any longer. Has there been a thorough investigation into the multiple police reports in Lincoln, Omaha, and Council Bluffs, as well as the multiple hospitalizations during our child's time in the custody of Nebraska Health and Human Services? Our daughter encountered dangers on Omaha metro streets, was violated, and required hospitalization—what could be worse than a child suffering harm under state care? Justice must prevail, and those responsible for her physical and psychological suffering must be held accountable.

From the very beginning, we were deeply troubled by the unilateral decisions made by medical facilities to transfer our daughter out of treatment without clear explanations. What legal grounds permit such actions without parental consent or consultation? As concerned parents, we demand transparency regarding any evidence or documentation alleging harm in our home—a home filled with many children. It is our right to understand these claims and respond appropriately.

From the start, we have been denied access to our daughter. The same injustice persists to this very moment, with our daughter's ability to speak with us about the harm she encountered while in care of Nebraska child custody being threatened. Injustice and discrimination are nothing new—being denied basic phone call access is heartbreaking, but this has been happening since the beginning of 2022. The hospital's decision to barricade her room and prohibit us from seeing her during treatment was distressing. Receiving baseless accusations of inappropriate conduct only compounded our pain and confusion. If our parental rights have not been terminated, we insist on our right to participate in decisions affecting our child's welfare. The way we have been treated—targeted and criminalized without due process—is profoundly unjust.

Since our daughter Khadija's removal, we question who is responsible for any harm she have endured in our absence. We understand minority children are not given the same urgency for justice. We are loving, responsible parents to all our children. The abrupt separation of families exposes children to emotional distress and potential abuse. As members of a minority group with limited English proficiency, we refuse to accept that our cultural and religious background should justify the denial of our fundamental parental rights.

We categorically deny any allegations of misconduct and stand ready to defend our children against any false accusations. The mere presence of a child with any ailments in a home should not warrant removal, particularly when treatment plans and medical care were already in place. It has been over two years since our daughter was taken into custody—how many missed family events and lost time that can never be replaced? We demand full disclosure of any progress in her treatment, medications, or medical procedures.

We must ensure that her well-being is being properly addressed and request her return to our home, family, and culture. Most importantly, the representative of the Department of Human and

health Services must be held accountable and questioned about the harm our daughter
received, and the police reports must be investigated

## SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

June 9, 2023

Migano Abdi
5621 S 29th Ave
Omaha, NE 68107

RE: USDC ND IA No. C15-4037-MWB

Dear Mr. Abdi:

In reply to your letter or submission, received May 23, 2023, I regret to inform you that the Court is unable to assist you in the matter you present.

Under Article III of the Constitution, the jurisdiction of this Court extends only to the consideration of cases or controversies properly brought before it from lower courts in accordance with federal law and filed pursuant to the Rules of this Court.

Your papers are herewith returned.

Sincerely,
Scott S. Harris, Clerk
By:

Rashonda Garner
(202) 479-3025

RECEIVED

AUG 2 5 2025

U.S. DISTRICT COURT

Enclosures

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

June 8, 2023

Migano Abdi
5621 S 29th Ave
Omaha, NE 68107

    RE: "Current CPS Case"

Dear Mr. Abdi:

    In reply to your letter or submission, received May 23, 2023, I regret to inform you that the Court is unable to assist you in the matter you present.

    Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

    Under Article III of the Constitution, the jurisdiction of this Court extends only to the consideration of cases or controversies properly brought before it from lower courts in accordance with federal law and filed pursuant to the Rules of this Court. The Court does not give advice or assistance or answer legal questions on the basis of correspondence.

    Your papers are herewith returned.

                         Sincerely,
                         Scott S. Harris, Clerk
                         By:

                         Rashonda Garner
                         (202) 479-3025

Enclosures

1011 SW Huntoon Street
Topeka, KS 66604

Retail

U.S. POSTAGE PAID
FCM LG ENV
OLATHE, KS 66062
AUG 21, 2025

68102

$2.72

RDC 99

S2324N507334-8

United States
District Courts
111 S. 18th Plaza, Suite 1152
Omaha NE 68102

RECEIVED

AUG 2 5 2025

CLERK
U.S. DISTRICT COURT