IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIGANO ABDI, and DUHIRA HASSAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JESSICA JENNINGS, Child and family service specialist; NEBRASKA MEDICAL CENTER, and NEBRASKA DEPT. OF HEALTH AND HUMAN SERVICES, CPS DIVISION,<br><br>Defendants. | 8:25CV515<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. Plaintiffs Migano Abdi and Duhira Hassan filed a Complaint, Filing No. 1, on August 25, 2025, which they both signed. Plaintiff Migano Abdi ("Abdi") also filed a Motion for Leave to Proceed in Forma Pauperis ("IFP"), Filing No. 2, which the Court granted on August 28, 2025, Filing No. 5. However, Plaintiff Duhira Hassan ("Hassan") did not file a motion seeking leave to proceed IFP. Plaintiff Hassan cannot proceed as a plaintiff in this case without payment of the filing fees unless Hassan submits a separate motion for leave to proceed IFP. *See* NECivR 3.3(c) ("If more than one person brings a civil action for which leave to proceed in forma pauperis is requested, each plaintiff must file an application[ and] affidavit . . . ."). Alternatively, Plaintiff Hassan may submit the $405.00 filing and administrative fees to the Clerk's office. Failure to take either action within 30 days will result in the Court dismissing Plaintiff Hassan as a party to this action without further notice.

IT IS THEREFORE ORDERED that:

1. Plaintiff Hassan is directed to submit the $405.00 fees to the Clerk's office or submit a separate request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff Hassan the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **October 2, 2025**: Check for Plaintiff Hassan's MIFP or payment.

Dated this 2nd day of September, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2