IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MIGANO ABDI, and DUHIRA HASSAN,

    Plaintiffs,

  vs.

JESSICA JENNINGS, Child and family service specialist; NEBRASKA MEDICAL CENTER, and NEBRASKA DEPT. OF HEALTH AND HUMAN SERVICES, CPS DIVISION,

    Defendants.

8:25CV515

MEMORANDUM AND ORDER

This matter is before the Court on a motion filed by Plaintiffs Migano Abdi and Duhira Hassan ("Plaintiffs") who are proceeding in forma pauperis,[1] seeking an "investigation" into the "conduct, negligence, and oversight" of the Nebraska Department of Health and Human Services (Children and Family Services Division), and any other state entities overseeing the supervision and custody of Plaintiffs' daughter (the "Motion"). Filing No. 9. For the reasons that follow, the Motion shall be denied without prejudice.

The Court is required to review in forma pauperis complaints to determine whether summary dismissal is appropriate. See 28 U.S.C. § 1915(e). The Court must dismiss a complaint or any portion of it that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). Because the Initial Review has not yet been performed, the Motion shall be denied without prejudice as any motion seeking discovery of information, as this Court construes Plaintiffs' request for

---

[1] See Filing No. 6; Filing No. 8 (granting leave to proceed in forma pauperis).

"investigation," is premature until the Court has determined upon initial review that the Complaint may proceed to service of process. See Jackson v. Herrington, 393 F. App'x 348, 353 (6th Cir. 2010) ("Rule 4 requires plaintiffs to serve each defendant with a summons and a copy of the complaint. But district courts cannot issue summonses in in forma pauperis prisoner [or non-prisoner] cases until after screening the complaint for frivolousness and other defects under 28 U.S.C. §§ 1915(e) and 1915A(b).") (citation omitted). As such, formal discovery has not yet begun and shall not take place until after the Court performs its Initial Review and determines this matter may proceed to service of process, and until (if the matter is deemed eligible to proceed) after the Court enters a progression order after all defendants have been served and responded.

IT IS THEREFORE ORDERED that:

1. The Motion, Filing No. 9, is denied without prejudice as premature.

2. Plaintiffs are advised that the next step in their case will be for the Court to conduct an initial review of Plaintiffs' claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 6th day of January, 2026.

BY THE COURT:

*Joseph F. Bataillon* (signature)

Joseph F. Bataillon
Senior United States District Court

2